ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:  415-782-6000
Facsimile:  415-782-6011
E-Mail:   adam@gasnerlaw.com

Attorney for Defendant
PRADEEP CHIKKU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRADEEP CHIKKU,<br><br>　　　　Defendant. | No. 5:22-cr-00206-BLF<br><br>STIPULATION REGARDING DEFENDANT'S SUCCESSFUL COMPLETION PRETRIAL DIVERSION & ORDER. |

The parties stipulate as follows:

1. October 4, 2022, Defendant PRADEEP CHIKKU (Mr. Chikku) entered into a written Plea Agreement (ECF 50) with the United States, pursuant to Rule 11(c)(1)(A) and 1l(c)(1)(B) of the Federal Rules of Criminal Procedure and Mr. Chikku pleaded guilty to Count One of the Information (ECF 35), for a violation of 18 U.S.C. § 1960(a), Operating an Unlicensed Money Transmitting Business.

2. Mr. Chikku also entered into an Agreement for Pretrial Diversion, which imposed the

GASNER CRIMINAL LAW
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102

1

Stipulation and Order to Continue Status Conference No.
5:22-cr-00206-BLF

following conditions: 1) No violations of any federal, state, or local law; 2) Lawful employment as directed by Pretrial Services; 3) Continued residence in the Northern District of California; 4) Consistent contact with U.S. Pretrial Services; 5) Compliance with the pretrial release bond; and 6) Payment to the United States of the forfeiture amount of $13,900.00, as set out in the plea agreement.

3. The parties agree that the defendant has abided by the conditions of the Diversion Agreement.

4. The defendant therefore moves, pursuant to the terms of the plea agreement, to withdraw his guilty plea.

5. The United States does not oppose the defendant's motion to withdraw; and

6. If the motion to withdraw is granted, the United States seeks leave of the Court to dismiss the above-captioned Information.

The undersigned defense counsel certifies that he has obtained approval from counsel for the government to file this stipulation and proposed order.

DATED: April 16, 2024          /s/ *Adam G. Gasner*
                                Adam G. Gasner, Esq.
                                Attorney for Defendant
                                PRADEEP CHIKKU

DATED: April 16, 2024          /s/ *Joseph Tartakovsky*
                                Joseph Tartakovsky, Esq.
                                Assistant United States Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, the Court grants the Defendant's motion to withdraw the guilty plea and leave is granted to the government to dismiss the Information against PRADEEP CHIKKU.

DATED: April_29_, 2024

_____
HON. BETH LABSON FREEMAN
U.S. DISTRICT COURT JUDGE

GASNER CRIMINAL LAW
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102