ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    Fax: (415) 436-7234
    Email: Joseph.Tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PRADEEP CHIKKU,<br><br>    Defendant. | CASE NO. 5:22-CR-206-BLF<br><br>**NOTICE OF DISMISSAL** |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against Pradeep Chikku.

DATED: April 29, 2024                              Respectfully submitted,

                                                              ISMAIL J. RAMSEY
                                                               United States Attorney

                                                               _____/s/_____
                                                               MARTHA BOERSCH
                                                               Chief, Criminal Division

1 | Leave is granted to the government to dismiss the Information against Pradeep Chikku.

3 | Date: __April 29, 2024__

_____
HON. BETH LABSON FREEMAN
United States District Judge